JS-6

AMIR NASSIHI (SBN 235936)
anassihi@shb.com
JOAN R. CAMAGONG (SBN 288217)
jcamagong@shb.com
**SHOOK, HARDY & BACON L.L.P.**
555 Mission Street, Suite 2300
San Francisco, CA 94105
Tel: (415) 544-1900 | Fax: (415) 391-0281

Attorneys for Defendant
NISSAN NORTH AMERICA, INC.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

MARJORIE GRACE GRANADOS,

Plaintiff,

vs.

NISSAN NORTH AMERICA, INC., a Delaware Corporation, and DOES 1 through 10, inclusive,

Defendants.

CASE NO. 5:24-CV-01454-SSS-SHKx

*Assigned to the Hon. District Judge Sunshine Suzanne Sykes and Magistrate Judge Sashi H. Kewalramani*

**JUDGMENT RE F.R.C.P., RULE 68 OFFER OF JUDGMENT**

Action Filed: July 13, 2023

# JUDGMENT

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiff MARJORIE GRACE GRANADOS ("Plaintiff") accepted Defendant Nissan North America, Inc.'s ("Nissan") Offer of Judgment to Fed. R. Civ. P. 68.

1. Accordingly, the Court enters JUDGMENT in favor of Plaintiff in the amount of $68,000.44 pursuant to the terms of the Rule 68 Offer. Nissan shall pay this amount within 30 days of Notice of Entry of Judgment.

2. Plaintiff shall reserve the right to petition the Court for an award of reasonably and actually incurred attorney fees and costs recoverable pursuant to California Code of Civil Procedure Section 1794(d). Any such motion shall be filed no later than 14 days after entry of judgment. In ruling on Plaintiff's fee/cost motion(s), the attorneys' fees, expenses, and costs amount shall be calculated as if Plaintiff was found to have prevailed in this action under section 1794(d) of the California Code of Civil Procedure as of the date of this offer of judgment. Nissan expressly reserves all defenses to Plaintiff's fee/costs motion(s) and any award thereon. Nissan will pay the amounts determined by the Court within 30 days after entry of the award unless either party has filed a notice of appeal.

DATED: 6/16/2025

Carolina Torres-Rivera

CAROLINA TORRES-RIVERA
DEPUTY CLERK